IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY RACKOVAN, | No. 4:25-CV-00603 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**NOVEMBER 7, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 19) is **GRANTED** without prejudice as to Counts III and IV.

2. Defendant's motion to dismiss (Doc. 19) is **GRANTED** without prejudice as to the wrongful termination claims in Counts I and II.

3. Defendant's motion to dismiss (Doc. 19) is **DENIED** as to the failure to accommodate claims in Counts I and II.

4. Plaintiff may file an amended complaint no later than November 21, 2025. If no amended complaint is filed by that date, the dismissed claims will be subject to dismissal with prejudice.

2

5.	Plaintiff's motion for hearing or oral argument (Doc. 26) is denied as moot.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2