# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY RACKOVAN, | No. 4:25-CV-00603 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**MARCH 4, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that The Pennsylvania State University's partial motion to dismiss, Doc. 30, is **GRANTED WITH PREJUDICE** as to Plaintiff Zachary Rackovan's Counts III and IV.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge